AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Avian Isacc Gomez<br><br>_Defendant(s)_ | )<br>)<br>)  Case No.  3:24-mj-00111<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___April 8, 2024 to May 30, 2024___ in the county of ___Marion___ in the _____ District of ___Oregon___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Possession of Machinegun; |
| 18 U.S.C. § 922(k) | Possession of a Firearm with an Obliterated Serial Number; |
| 18 U.S.C. § 933(a)(1) | Trafficking in Firearms; and, |
| 21 U.S.C. § 841(a)(1) | Possession with the Intent to Distribute a Controlled Substance (fentanyl). |

This criminal complaint is based on these facts:

See attached affadavit of ATF Special Agent Nathan Miller

☑ Continued on the attached sheet.

/s/ Signed by telephone
_____
_Complainant's signature_

Nathan A. Miller, Special Agent, ATF
_____
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __5:03__ a.m./p.m.

Date:  __May 31__ , 2024
_____
_Judge's signature_

City and state:  ___Portland, Oregon___

Hon. Jeffrey Armistead, U.S. Magistrate Judge
_____
_Printed name and title_